# United States District Court
## Northern District of California



FILED
FEB 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> **TORREY EDWARD DUCKETT** | **JUDGMENT IN A CRIMINAL CASE** <br><br> USDC Case Number: CR-11-00447-001 PSG <br> BOP Case Number: DCAN711CR000447-001 <br> Defendant's Attorney: Heather Rogers |

### THE DEFENDANT:

[x] pleaded guilty to count(s): <u>One (1) of the Information.</u>
[ ] pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §13, assimilating California Vehicle Code §14601.1 (a) | Driving when Privilege Suspended or Revoked for Other Reasons | May 15, 2011 | One (1) |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___.

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

2/6/2012
Date of Imposition of Judgment

_Signature_
Signature of Judicial Officer

Paul S. Grewal, U. S. Magistrate Judge
Name & Title of Judicial Officer

2/10/2012
Date

DEFENDANT: TORREY EDWARD DUCKETT  
CASE NUMBER: CR-11-00447-001 PSG  

Judgment - Page 2 of 2

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments below:

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 10.00 | $ 300.00 | $ 0.00 |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A [X] Lump sum payment of $310.00 due immediately,

  [ ] not later than ____, or

  [X] in accordance with ( ) C, (X) D, ( ) E, ( ) F ( ) G or ( ) H below.

B [ ] Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) F below); or

C [ ] Payment in equal ____ (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D [X] Payment in equal monthly installments of $50.00; the first payment to be made no later than 3/5/2012 and each subsequent payment to be made no later than the last day of each month.

H. [X] Out of Custody special instructions:

  If incarcerated, payment of criminal monetary payment is due during imprisonment and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.